**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GARCELA MOREJON PEREZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-00743-JD |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**<u>SHOW CAUSE ORDER</u>**

The Court is in receipt of Petitioner Garcela Morejon Perez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief. [Doc. No. 1].

Upon review, it "appears from the application that the . . . person detained is . . . entitled" to the writ. 28 U.S.C. § 2243. Thus, Respondents are ORDERED to SHOW CAUSE in writing **on or before April 15, 2026**, why the petition should not be granted. *See id.* ("The . . . order to show cause . . . . shall be returned within three days . . . .").

IT IS SO ORDERED this 10th day of April 2026.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE